## United States District Court Violation Notice

CVB Location Code: **MD32**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6641132 | T. Wolabaugh | 5140 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/20/2018 2215 | 50 CFR 27.82(b)(2) |

Place of Offense: Beach Road, Pony Overlook

Offense Description: Factual Basis for Charge — Possession of a Controlled Substance

HAZMAT ☐

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| SLOCUM | Bryan | C |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9DA6582 | MD | 14 | Honda/Accord | | Grey |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 09/24/2018 13:8

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 20, 2018** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

I, Federal Wildlife Officer Thomas Wolabaugh was on patrol within Chincoteague National Wildlife Refuge. At approximately 2210 hours I observed a grey Honda Accord bearing Maryland registration (9DA6582) parked on the side of Beach Road near Swans Cove. The refuge is closed to the public at 2200 hours. I turned my vehicle around to contact the occupants of the Accord. I stopped the vehicle on the pony overlook and identified the driver of the vehicle by Maryland driver's license (#S425098115396) as Bryan C. SLOCUM. Upon questioning, SLOCUM admitted to the possession of marijuana in the vehicle. SLOCUM admitted to recently smoking marijuana and stated it was for "medicinal use". SLOCUM stated he was smoking the marijuana in a "joint" and that rolling papers and "a few grams" of marijuana would be located in a backpack within the vehicle. A search of the vehicle yielded 2.6 grams of marijuana. Subsequently, based on the totality of the circumstances, I charged SLOCUM with violation of 50 CFR 27.82(b)(2) Possession of a Controlled Substance (Marijuana)

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/20/2018**   [Signature] Thomas ...
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle
CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident.