**United States District Court**
**Violation Notice**

CVB Location Code: MD32

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6641131 | T Wolobaugh | 5140 |

6641131

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/20/2018 2215 | 50 CFR 26.21(a) |

Place of Offense

Beach Road, Pony Overlook

Offense Description: Factual Basis for Charge          HAZMAT ☐

Trespass After Hours

DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SLOCUM | Bryan | C |

| Tag No | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|
| 9DA6582 | MD | 14 | Honda/Accord | Grey |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____   Forfeiture Amount
+ $30   Processing Fee

PAY THIS AMOUNT → $ _____   Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN 09/24/2018 13:8

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___August___ 20 , 20 _18_ while exercising my duties as a law enforcement officer in the ___Eastern___ District of ___Virginia___

I, Federal Wildlife Officer Thomas Wolabaugh was on patrol within Chincoteague National Wildlife Refuge. At approximately 2210 hours I observed a grey Honda Accord bearing Maryland registration (9DA6582) parked on the side of Beach Road near Swans Cove. The refuge is closed to the public at 2200 hours. I stopped the vehicle and identified the driver by Maryland driver's license (#S425098115396) as Bryan C. SLOCUM. I informed SLOCUM that he was trespassing on the refuge after legal hours and issued him a federal violation notice for violation of 50 CFR 26.21(a) Trespass

The foregoing statement is based upon:

☐ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 08/20/2018          _Thomas Wolaf_
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____          _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.   PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license.   CMV = Commercial vehicle involved in incident.