IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> BRYAN C. SLOCUM <br><br> Defendant | Case No. 1:18-PO-07131 |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Kindly enter the appearance of John K. Phoebus and Anthenelli, Phoebus & Hickman, LLC, as retained counsel for the Defendant, Bryan C. Slocum, I hereby certify that I am admitted to practice in this Court and that my bar number is 25169.

<u>November 7, 2018</u>           <u>/s/ John K. Phoebus            </u>
Date                                         John K. Phoebus
                                                 ANTHENELLI, PHOEBUS & HICKMAN, LLC
                                                 134 East Main Street
                                                 P.O. Box 4366
                                                 Salisbury, Maryland 21803-4366
                                                 telephone: (410) 749-3700
                                                 facsimile: (410) 749-7550
                                                 john@phoebuslaw.com
                                                 Bar No. 25169
                                                 Attorneys for the Defendant